UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CARLOS ANYONA RANGONDI** **#A213-240-362, Plaintiff** | **CIVIL DOCKET NO. 1:21-CV-00149-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHAD WOLF,** **Defendant** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 12], and after a *de novo* review of the record, including the Objection [ECF No. 13] filed by Petitioner, having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that Petitioner's Motion for Temporary Restraining Order [ECF No. 3] is DENIED.

THUS, DONE AND SIGNED in Chambers on this 8th day of March 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE