UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CARLOS ANYONA RANGONDI** **#A213-240-362, Plaintiff** | **CIVIL DOCKET NO. 1:21-CV-00149-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHAD WOLF,** **Defendant** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 16], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 9th day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE